IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GRAPHICS PROPERTIES HOLDINGS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DELL INC., ALIENWARE CORP., LENOVO ) <br> GROUP, LTD., LENOVO, INC., GATEWAY, ) <br> INC. and HEWLETT-PACKARD CO., ) <br> ) <br> Defendants. ) | C.A. No. 10-992 (SLR) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Graphics Properties Holdings, Inc. and Defendant Lenovo, Inc. (United States) hereby jointly stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that all claims and counterclaims between them are hereby dismissed without prejudice, with each party bearing its own attorneys' fees and costs.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Julia Heaney (#3052)* | */s/ Philip A. Rovner (#3215)* |
| Julia Heaney (#3052) <br> 1201 N Market Street <br> Wilmington, DE  19801 <br> (302) 351-9221 <br> jheaney@mnat.com <br>    *Attorneys for Plaintiff* <br>    *Graphics Properties Holdings, Inc.* | Philip A. Rovner (#3215) <br> Jonathan A. Choa (#5319) <br> Hercules Plaza, 6th Floor <br> 1313 North Market Street <br> Wilmington, Delaware  19801 <br> (302) 984-6000 <br> provner@potteranderson.com <br>    *Attorneys for Defendant Lenovo (United* <br>    *States) Inc.* |

May 2, 2011
4228918

1449104v1